**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY; WESTLANDS
WATER DISTRICT,

*Plaintiffs-Appellees*,

v.

RYAN ZINKE,[*] as Secretary of the
U.S. Department of the Interior; U.S.
DEPARTMENT OF THE INTERIOR; U.S.
BUREAU OF RECLAMATION; DAVID
MURILLO, as Acting Commissioner,
Bureau of Reclamation, U.S.
Department of the Interior; DAVID
MURILLO, as Regional Director,
Mid-Pacific Region, Bureau of
Reclamation, U.S. Department of the
Interior,

*Defendants*,

PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS;

No. 14-17493

D.C. No.
1:13-cv-01232-
LJO-GSA

---

[*] Ryan Zinke and David Murillo are substituted for their predecessors, Sally Jewell and Michael L. Connor, as Acting Secretary of the U.S. Department of the Interior and Acting Commissioner, Bureau of Reclamation, pursuant to Fed. R. App. P. 42(c)(2).

INSTITUTE FOR FISHERIES
RESOURCES; YUROK TRIBE,
*Intervenor-Defendants*,

and

HOOPA VALLEY TRIBE,
*Intervenor-Defendant-Appellant.*

---

SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY; WESTLANDS
WATER DISTRICT,
*Plaintiffs-Appellees*,

v.

RYAN ZINKE, as Secretary of the
U.S. Department of the Interior; U.S.
DEPARTMENT OF THE INTERIOR; U.S.
BUREAU OF RECLAMATION; DAVID
MURILLO, as Acting Commissioner,
Bureau of Reclamation, U.S.
Department of the Interior; DAVID
MURILLO, as Regional Director,
Mid-Pacific Region, Bureau of
Reclamation, U.S. Department of the
Interior,
*Defendants-Appellants*,

and

No. 14-17506

D.C. No.
1:13-cv-01232-
LJO-GSA

HOOPA VALLEY TRIBE; PACIFIC
COAST FEDERATION OF FISHERMEN'S
ASSOCIATIONS; INSTITUTE FOR
FISHERIES RESOURCES; YUROK
TRIBE,
                *Intervenor-Defendants.*

SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY; WESTLANDS
WATER DISTRICT,
                *Plaintiffs-Appellees*,

                v.

RYAN ZINKE, as Secretary of the
U.S. Department of the Interior; U.S.
DEPARTMENT OF THE INTERIOR; U.S.
BUREAU OF RECLAMATION; DAVID
MURILLO, as Acting Commissioner,
Bureau of Reclamation, U.S.
Department of the Interior; DAVID
MURILLO, as Regional Director,
Mid-Pacific Region, Bureau of
Reclamation, U.S. Department of the
Interior,
                *Defendants*,

HOOPA VALLEY TRIBE; PACIFIC
COAST FEDERATION OF FISHERMEN'S
ASSOCIATIONS; INSTITUTE FOR
FISHERIES RESOURCES,
                *Intervenor-Defendants*,

No. 14-17515

D.C. No.
1:13-cv-01232-
LJO-GSA

and

YUROK TRIBE,
*Intervenor-Defendant-Appellant.*

SAN LUIS & DELTA-MENDOTA          No. 14-17539
WATER AUTHORITY; WESTLANDS
WATER DISTRICT,                        D.C. No.
              *Plaintiffs-Appellants*,     1:13-cv-01232-
                                            LJO-GSA
                 v.

RYAN ZINKE, as Secretary of the              ORDER
U.S. Department of the Interior; U.S.
DEPARTMENT OF THE INTERIOR; U.S.
BUREAU OF RECLAMATION; DAVID
MURILLO, as Acting Commissioner,
Bureau of Reclamation, U.S.
Department of the Interior; DAVID
MURILLO, as Regional Director,
Mid-Pacific Region, Bureau of
Reclamation, U.S. Department of the
Interior,
              *Defendants-Appellees*,

HOOPA VALLEY TRIBE; YUROK
TRIBE; PACIFIC COAST FEDERATION
OF FISHERMEN'S ASSOCIATIONS;
INSTITUTE FOR FISHERIES
RESOURCES,
     *Intervenor-Defendants-Appellees*.

Filed March 23, 2017

Before: Alex Kozinski and N. Randy Smith, Circuit Judges, and Sharon L. Gleason,[**] District Judge.

**ORDER**

The Yurok Tribe's motion to correct opinion is **GRANTED.**

The Opinion filed on February 21, 2017, is amended as follows: on slip Opinion page 8, line 26, and page 11, line 21, please change "forty" to "approximately forty-four."

[**] The Honorable Sharon L. Gleason, United States District Judge for the District of Alaska, sitting by designation.